UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: JEFFREY ROSIN. | Misc. Business Docket No. 21-mc-91571-LTS |

ORDER TO SHOW CAUSE

September 9, 2021

SOROKIN, J.

On August 31, 2021, pursuant to District of Massachusetts Local Rule 83.6.5(c)(2), attorney Jeffrey Rosin was referred for potential attorney discipline.  See Doc. No. 1 (reflecting Judge Talwani's finding that Rosin "exploit[ed] the remote nature of [a] deposition" by "coaching" and feeding answers to the witness "numerous times over the course of the day").  On September 9, 2021, the matter was assigned to the undersigned.  Doc. No. 2.  In accordance with Local Rule 83.6.5(i), it is hereby ORDERED as follows:

1) The Clerk shall serve notice of the referral, along with a copy of Local Rule 83.6.5 and a copy of this Order, on Rosin.

2) Rosin shall, within twenty-eight days after service of this Order, appear and show cause in writing why disciplinary action against him should not be taken in light of Judge Talwani's findings.  In that filing, Rosin may request a hearing and address the nature of discipline to be imposed.  A hearing will be held if requested; otherwise, the matter will be determined on the paper record.

SO ORDERED

/s/ Leo T. Sorokin
United States District Judge