**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ )<br>                                                                    )<br>In re: JEFFREY ROSIN.                          )<br>                                                                    )<br>_____ ) | Misc. Business Docket<br>No. 21-mc-91571-LTS |

**REQUEST FOR CLARIFICATION OF COURT'S BBO REPORT STATUS AND/OR STAY OF REPORT UNTIL DATES AFTER THE COURT'S CONSIDERATION OF ROSIN'S SHOW CAUSE RESPONSE**

This matter relates to an August 31, 2021 referral for potential Local Rule 83.6.5 ( c ) (2) attorney discipline relating to Judge Talwani's Order of the same date finding that the attorney improperly coached a witness during a remote deposition. (paper #84 in Case 1:20-cv/11393-IT ("the Underlying Action"). Prior to that order, on June 3, 2021, Judge Talwani entered an electronic order for defense counsel to withdraw and further noting that, "This matter will be referred to the Massachusetts Board of Bar Overseers for appropriate action against defense counsel, Jeff Rosin." Underlying Action paper # 70. Since that time, no notice of referral has been made to Rosin from the Massachusetts Board of Bar Overseers ("BBO") and it remains unclear to Rosin and his counsel whether or not Judge Talwani or this court has issued notice of referral to BBO or has instead referred the matter for Rule 83.6.5 disciplinary action instead of or in advance of potential BBO referral.

Rosin has significant explanation and reasons why disciplinary action beyond existing public court orders including findings and order to withdraw and subsequent voluntary payment of costs related to underlying action motion practice such that further formal disciplinary proceedings beyond show cause response and resolution by consent in this action should not be necessary. If Judge Talwani and/or this court has not yet referred the matter to BBO, Rosin,

respectfully, seeks a stay of any such referral until after such time as he has had an opportunity to submit Show Cause Order response and this Court has had an opportunity to consider and review his response.

Respectfully submitted,

By its attorneys,

_____
Susan E. Cohen, Esq.  BBO#553353
Catherine A. Maronski, BBO #703673
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
scohen@peabodyarnold.com
cmaronski@peabodyarnold.com

**Dated:**  September 17, 2021

## CERTIFICATE OF SERVICE

I, Susan E. Cohen, hereby certify that I have this 17th day of September, 2021, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

_____
Susan E. Cohen

1971078_1
1518-410