UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| ) | | |
| In re: JEFFREY ROSIN. ) | | Misc. Business Docket |
| ) | | No. 21-mc-91571-LTS |
| _____ ) | | |

**MOTION TO SEAL**

Respondent hereby respectfully requests that the Show Cause Hearing ("Hearing") currently scheduled to be held on January 19, 2022, be closed from the media and public.

As grounds for this request, Respondent states that pursuant to Local Rule 7.2, as well as the Parties' Confidential Stipulation and Order in the underlying Barksdale Matters, Civil Action No. 20-cv-11393-IT (Document No. 40), partially consolidated with Civil Action No. 20-cv-11640-IT, there is good cause for why the Hearing should be proceed as a private proceeding. On November 24, 2021, Respondent filed a Motion to Impound ("Motion") the Response to the Order to Show Cause, along with the certain exhibits attached thereto (collectively, the "Response") (Document Nos. 15 and 16). This Motion was made due to extensive reference to certain communications protected by the attorney-client privilege, as well as highly sensitive and confidential matters discussed at the deposition of Elizabeth Williams detailed within the Response. Significantly, these confidential matters have already been marked as confidential pursuant to the Stipulation and Order in the underlying Barksdale Matters referenced above.

On November 29, 2021, the Court provisionally allowed the Motion, noting that it would make a final determination after reviewing the material in question (Document No. 17). In issuing this order, the Court granted Respondent leave to file the Response documents under seal; consequently, Respondent transmitted such documents to the Court for review shortly thereafter

on November 30, 2021. Since that time, the Court has issued no further order with respect to the Motion.

On January 11, 2022, Respondent received notice of the Hearing scheduled for January 19, 2022. Based on the Hearing's description, it is Respondent's understanding that the purpose of such Hearing is to address the Show Cause Order originally issued on September 9, 2021, Document No. 3, and the Response filed under seal. As the Response encompasses the entirety of Respondent's reply to the Show Cause Order underlying this proceeding, the contents of the Response will necessarily need to be openly discussed between the Court and Respondent at the Hearing. However, in light of the confidential and highly sensitive matters described in the Response papers, which remain under seal, a Hearing that is open to both the media and the general public will effectively serve to preclude Respondent from engaging in such candid discussion, and in turn, from fully and fairly pursuing his obligation to show the requisite cause. Consequently, in order for the Hearing to serve its narrow purposes, as well as the broader interests of justice and judicial efficiency, Respondent respectfully requests that the Hearing be closed from the media and public.

**CONCLUSION**

WHEREFORE, for the reasons stated above, Respondent respectfully requests that this Court ALLOW its Motion to Seal and close the Show Cause Hearing scheduled for January 19, 2021 from the media and public.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | RESPONDENT, |
|  | Jeffrey Rosin, |
|  | By his attorneys, |
|  |  |
|  | */s/ Catherine A. Maronski* |
|  | Susan E. Cohen, Esq.  BBO#553353 |
|  | Catherine A. Maronski, BBO #703673 |
|  | Peabody & Arnold LLP |
|  | Federal Reserve Plaza |
|  | 600 Atlantic Avenue |
|  | Boston, MA 02210 |
|  | (617) 951-2100 |
|  | scohen@peabodyarnold.com |
| Dated:  January 14, 2022 | cmaronski@peabodyarnold.com |

**CERTIFICATE OF SERVICE**

I, Catherine A. Maronski, hereby certify that I have this 14th day of January, 2022, I served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

*/s/ Catherine A. Maronski*
Catherine A. Maronski

2285807